DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUILLERMO FOSTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-156

[May 10, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis S. Bailey, Judge; L.T. Case No. 94-14203 CF10A.

Guillermo Foster, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***